■ The People of the State of New York, Respondent, v Pablo Vasquez, Appellant. — Judgment, Supreme Court, Bronx County (Anita Florio, J.), rendered on April 15, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Carro and Milonas, JJ.